*J. K. Thompson* and *Holman & Haynes*, for appellant.

———————◆———————

## HAMILTON v. THE STATE.

APPEAL from the *Marion* Circuit Court.

RAY, J.—The indictment contained two counts. The first charged that *Hamilton*, at and in said county of *Marion*, in the State of *Indiana*, on, &c., was engaged in the habit and practice of gaming, and did then and there get his livelihood by following, practicing and playing a certain game, &c., and was then and there, in manner and form aforesaid, a professional gambler.

The second count charged that on, &c., at, &c., the defendant was found wandering about from place to place in the habit and practice of gambling, &c., and was then and there, in manner and form aforesaid, a professional gambler.

Upon a motion to quash the indictment, the same question is presented that has already been ruled upon in the cases of *Bowe* v. *The State, ante,* p. 415, and *Bruce* v. *The State, ante* p. 424. For the reasons therein given, the court committed no error in overruling the motion. The evidence for the State was the same as in the cases cited, except that upon the person of the defendant herein nothing was found tending to criminate him except some dice, and he was not charged with using them. ˉThe defendant had a ticket for *Terre Haute* in his possession, and was about leaving the city on the cars. There was no proof that the defendant was a professional gambler, or had, at any time or place, gambled. The finding should have been for the defendant.

The judgment is reversed, and the cause remanded for further proceedings.

GREGORY, J., dissented.

*S. A. Colley* and *J. C. Bufkin,* for appellant.

*D. E. Williamson,* Attorney General, for the State.